Karl A. Schweikert, Esq.
Nevada Bar No. 13756, California Bar No. 291497
Appearance LR IA 11-1(b)(1)
KDH Law
2101 Stone Blvd., Suite 115
West Sacramento, CA 95691
Telephone: 916.993.5226
Fax: 916.883.3610
Email: Karl@KDHendrickson.com

LR IA 11-1(b)(2) Designated Service Attorney
Cody S. Mounteer, Esq.
Marquis Aurbach
10001 River Run Road
Las Vegas, NV 89145

Attorneys for Plaintiffs MIKHAIL EDUCATION CORPORATION and MIKHAIL FAMILY PARTNERSHIP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIKHAIL EDUCATION CORPORATION, a Nevada corporation, and MIKHAIL FAMILY PARTNERSHIP, a Nevada general partnership<br><br>                                           Plaintiffs,<br><br>v.<br><br>MICHAEL GERARD NAESSENS, an individual<br><br>                                           Defendant. | Case No. 2:22-cv-01698<br><br>Judge: Hon. Gloria M. Navarro<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

1     **WHEREAS**, no defendant has filed an answer or a motion for summary judgment in this
2 action; and

3     **WHEREAS**, no cross-claim or counter-claim has been filed in this action.

4     **NOW, THEREFORE**, Plaintiffs, Mikhail Education Corporation and Mikhail Family
5 Partnership, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule
6 of Civil Procedure, rule 41(a)(1)(A)(i).

8 DATED: February 1, 2024         KDH Law

/s/ Karl A. Schweikert
Karl A. Schweikert
Attorneys for Plaintiffs *Mikhail Education Corporation* and *Mikhail Family Partnership*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This, the 1st day of February 2024

By: /s/ Karl A. Schweikert
Karl A. Schweikert (SBN 13756)
KDH Law
Attorneys for Plaintiffs MIKHAIL EDUCATION CORPORATION and MIKHAIL FAMILY PARTNERSHIP