Karl A. Schweikert, Esq.
Nevada Bar No. 13756, California Bar No. 291497
Appearance LR IA 11-1(b)(1)
KDH Law
2101 Stone Blvd., Suite 115
West Sacramento, CA 95691
Telephone: 916.993.5226
Fax: 916.883.3610
Email: Karl@KDHendrickson.com

LR IA 11-1(b)(2) Designated Service Attorney
Cody S. Mounteer, Esq.
Marquis Aurbach
10001 River Run Road
Las Vegas, NV 89145

Attorneys for Plaintiffs MIKHAIL EDUCATION CORPORATION and MIKHAIL FAMILY PARTNERSHIP

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIKHAIL EDUCATION CORPORATION, a Nevada corporation, and MIKHAIL FAMILY PARTNERSHIP, a Nevada general partnership<br><br>                                         Plaintiffs,<br><br>v.<br><br>MICHAEL GERARD NAESSENS, an individual<br><br>                                         Defendant. | Case No. 2:22-cv-01698<br><br>Judge: Hon. Gloria M. Navarro<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

Upon request of Plaintiffs and good cause appearing,

**IT IS HEREBY ORDERED** That this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

**IT IS SO ORDERED.**


DATED: _____                    _____
                                                                    UNITED STATES DISTRICT JUDGE

---

1
**[PROPOSED] ORDER - DISMISSAL WITHOUT PREJUDICE**